No. 81–2373.   GAZIANO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–5912.   WOOD *v.* UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 81–6882.   EPHRAIM *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–94.   LOCAL 282, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 82–424.   FRANK MASCALI CONSTRUCTION G.C.P. CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir.   Certiorari denied.   Reported below: 697 F. 2d 294.

No. 82–154.   BRANDSTETTER *v.* ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 82–217.   STOVER ET AL. *v.* RAU ET AL.;

No. 82–608.   CROWN CENTER REDEVELOPMENT CORP. ET AL. *v.* STOVER ET AL.;

No. 82–616.   JOHNSON ET AL. *v.* STOVER ET AL.; and

No. 82–626.   RAU *v.* STOVER ET AL.   C. A. 8th Cir.   Certiorari denied.   Reported below: 680 F. 2d 1175.

No. 82–224.   AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, LOCAL 3486 *v.* NEW JERSEY AIR NATIONAL GUARD, 177TH FIGHTER INTERCEPTOR GROUP, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–241.   MOBAY CHEMICAL CORP. ET AL. *v.* GORSUCH, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY.   C. A. 3d Cir.   Certiorari denied.